IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At BALTIMORE

| | |
|---|---|
| IN RE: | |
| ARTHUR ALEXANDER WILLIE | Case No. 19-11646 |
| Debtor | Chapter 13 |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes, SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, INC. attorneys, Richard J. Rogers and Cohn, Goldberg & Deutsch, LLC, and in response to the Notice of Final Cure Payment states as follows:

1) SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, INC AGREES that the Debtors have paid the full amount to cure the default on Creditor's claim.

2) SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, INC DISAGREES that Debtor is current with respect to all payments consistent with §1322 (b) (5). The borrower still has a negative escrow balance of $2,276.28 and owes $2488.30 and post- petition arrearage.

/s/ Richard J. Rogers
Richard J. Rogers 01980
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, Maryland 21204
(410) 296-2550
Fax: (410) 296-2558
E-mail: bankruptcyecf@cgd-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th of March, 2020 that a copy of the foregoing

Response to Notice of Final Cure Payment was served by first class mail to:

Arthur Alexander Willie
6036 Bellegrove Road
Brooklyn, MD 21225

AND BY ELECTRONIC FILING NOTIFICATION CM/ECF:

Marc A. Ominsky, Esquire
10632 Little Patuxent Parkway
Suite 249
Columbia, MD 21044
info@mdlegalfirm.com

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286
ecf@ch13balt.com


/s/ Richard J. Rogers
Richard J. Rogers